# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THANH Q. DAM, et al.,

    Plaintiff(s),

v.

WILLIAM BARR, et al.,

    Defendant(s).

Case No.: 2:19-cv-01701-GMN-NJK

**ORDER**

(Docket Nos. 12, 13, 14)

Pending before the Court are Plaintiffs' motions for extension of time of service for good cause, for an order granting extension of time for service, and for an order granting extension of time for service. Docket Nos. 12, 13, 14. Defendants failed to respond to the motion at Docket No. 12 by the deadline to do so. *See* Docket. That failure constitutes "a consent to the granting of the motion." *See* Local Rule 7-2(d). Accordingly, the Court **GRANTS** the motion. Docket No. 12. The Court **DENIES** the motions at Docket Nos. 13 and 14 as moot.

IT IS SO ORDERED.

Dated: March 11, 2020

_____
Nancy J. Koppe
United States Magistrate Judge