# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THANH Q. DAM, et al.,<br>　　Plaintiff(s),<br>v.<br>WILLIAM BARR, et al.,<br>　　Defendant(s). | Case No.: 2:19-cv-01701-GMN-NJK<br><br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than March 31, 2020.

IT IS SO ORDERED.

Dated: March 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge