# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Thanh Q. Dam and Ha Thu Ta,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>William Barr, Attorney General, Department of Justice, Kevin Maleenan, Acting Secretary for the Department of Homeland Security; Kenneth T. Cuccinelli II, Acting Director, Citizen and Immigration Services; Al Gallmann, District Director for the Phoenix Citizenship and Immigration Services;  Jeanne M. Kent, Filed Office Direct, Las Vegas Citizenship and Immigration Services (collectively "Federal Defendants");<br>　　　　Defendants. | Case No. 2:19-cv-01701-GMN-NJK<br> **ORDER GRANTING**<br>**Stipulation to Extend Deadlines**<br>**(First Request)** |

　　　Pursuant to Local Rule IA 6-1, the parties request an extension of time to file the administrative record and their respective briefs. This stipulation is filed less than 21 days before administrative record is due; however, good cause exists for the requested extension.

　　　On April 13, 2020, the Court entered an Order requiring Federal Defendant to submit the administrative record by June 12, 2020. ECF No. 18.  Federal Defendants have experienced a delay in compiling the administrative record due its sheer volume and ongoing COVID-19 restrictions. On June 9, 2020, USCIS delivered the administrative file to counsel for the Federal Defendants. However, the U.S Attorney's office is still teleworking and there is limited staff

available of prepare the administrative record for filing. Under the circumstances, Federal Defendants do not believe it is feasible to file the administrative record by June 12, 2020. The parties request an extension of 30 days to file the administrative record and all other remaining deadlines. Accordingly, the parties request that the Court enter an order setting the following deadlines:

    1.    By July 13, 2020, Federal Defendant shall file with the Court, one copy of the administrative record of the decision at issue in this matter.  Federal Defendant will also provide one copy of the administrative record to Plaintiffs.

    2.    By August 12, 2020, the parties shall file their respective motion for summary judgment briefs.

    3.    By September 11, 2020, the parties shall file their respective briefs in opposition.

    4.    By October 12, 2020, the parties may file reply briefs, if necessary.

Respectfully submitted this 11th day of June, 2020.

| | |
|---|---|
| JEGLAW LTD | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Jon E. Garde<br>JON ERIC GARDE<br>4455 S. Pecos Rd, Ste. B<br>Las Vegas, NV 89121<br>*Attorney for Plaintiff* | /s/ Brian W, Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  **June 12, 2020**