NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIAN IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Thanh Q. Dam and Ha Thu Ta,<br><br>  Plaintiffs,<br>  v.<br><br>William Barr, Attorney General, Department of Justice, Kevin Maleenan, Acting Secretary for the Department of Homeland Security; Kenneth T. Cuccinelli II, Acting Director, Citizen and Immigration Services; Al Gallmann, District Director for the Phoenix Citizenship and Immigration Services;  Jeanne M. Kent, Filed Office Direct, Las Vegas Citizenship and Immigration Services (collectively "Federal Defendants");<br>  Defendants. | Case No. 2:19-cv-01701-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES**<br><br>**(Third Request)** |

Pursuant to Local Rule IA 6-1, the parties request an extension of time to file their respective motion for summary judgment briefs. This motion is brought less than 21 days before the parties' deadline to file respective motions for summary judgment; however, good cause exists for the requested extension.

This is an APA action wherein Plaintiffs challenge the denial of an application of citizenship. The deadline to file motions for summary judgment is September 11, 2020. Counsel for Plaintiffs and counsel for Defendants have been in discussions regarding the briefing schedule and potential resolution. Specifically, the parties have discussed the possibility of reopening the

proceedings related to the revocation of the I-130 Petition (the final agency action) and the I-485, Application to Adjust Status, et. al. If the parties are able to reach an agreement, this matter will be dismissed pursuant to a stipulation. Accordingly, the parties have agreed to extend the deadline to file their respective motions for summary by seven (7) days, or by September 18, 2020. If the parties reach an agreement before then, they will submit a stipulation to dismiss.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file motions for summary judgment by seven (7) days.

Respectfully submitted this 11th day of September 2020.

| | |
|---|---|
| JEGLAW LTD | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Jon E. Garde<br>JON ERIC GARDE<br>4455 S. Pecos Rd, Ste. B<br>Las Vegas, NV 89121<br>*Attorney for Plaintiff* | /s/ Brian W, Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

IT IS SO ORDERED:

_____
**Nancy J. Koppe**
**United States Magistrate Judge**

DATED: September 14, 2020