NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIAN IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Thanh Q. Dam and Ha Thu Ta,<br><br>      Plaintiffs,<br>v.<br><br>William Barr, Attorney General, Department of Justice, Kevin Maleenan, Acting Secretary for the Department of Homeland Security; Kenneth T. Cuccinelli II, Acting Director, Citizen and Immigration Services; Al Gallmann, District Director for the Phoenix Citizenship and Immigration Services;  Jeanne M. Kent, Filed Office Direct, Las Vegas Citizenship and Immigration Services (collectively "Federal Defendants");<br>      Defendants. | Case No. 2:19-cv-01701-GMN-NJK<br><br>**Stipulation to Dismiss** |

      The parties, by and through their respective counsel of record, stipulate and request that this Court enter an order dismissing this matter based on the following:

      1.    On or around September 30, 2019, Plaintiffs filed Complaint (EFC No. 1), challenging the denial, and subsequent revocation, of Form I-130 Petitions for Alien Relative under Administrative Procedures Act ("APA"). Defendants answered the complaint, submitted a certified administrative record, and entered into a briefing schedule.

      2.    Prior to filing their respective motions for summary judgment, the parties reached an agreement to dismiss this matter based on the following:

          a.    United States Citizen and Immigration Services ("USCIS") will reopen and remand the revocation of Plaintiffs' Form I-130 petition to interview

Plaintiffs and to further investigate the Form I-130 petition, if necessary. Plaintiffs will be permitted to submit additional evidence in the reopened proceeding, if they choose.

b. USCIS agrees to interview Plaintiffs within ninety (90) days of the Court entering a dismissal order.

c. In conjunction with the I-130 petition, USCIS agrees to reopen Plaintiffs' Form I-485 application to adjust status.

IT IS HEREBY STIPULATED AND AGREED, between the Plaintiffs, by their counsel of record, and Defendants, by their counsel of record, that Plaintiff's lawsuit against Defendants hereby be dismissed, pursuant to this foregoing, with each party to bear their own fees and costs.

Respectfully submitted this 18th day of September 2020.

| | |
|---|---|
| JEGLAW LTD | NICHOLAS A. TRUTANICH |
| | United States Attorney |
| | |
| /s/ Jon E. Garde | /s/ Brian W, Irvin |
| JON ERIC GARDE | BRIAN W. IRVIN |
| 4455 S. Pecos Rd, Ste B | Assistant United States Attorney |
| Las Vegas, NV 89121 | |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED.**
Dated this 25 day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2